9/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDINSON RAMIREZ,

                Plaintiff,                               20 **CIVIL** 2922 (NSR)

      -against-                                       **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2021, Judge McCarthy's R&R is adopted. Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's cross-motion for judgment on the pleadings is DENIED. This matter is REMANDED to the Commissioner for further administrative proceedings consistent with the Opinion, pursuant to sentence four of 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:**  New York, New York
           September 20, 2021

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                                 **BY:**

                                                      **Deputy Clerk**